From Jude Bouquet                                                          03/06/2024

4960 SW 12 St. Margate FL33068

Case: 0:24-CV-60271- WPD

REC'D BY _____ D.C.

MAR 06 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Dear Honorable Judge Dimitrouleas**

I am writing to request a waiver for my complaint.

I am making this statement in support of my complaint and in support of the request for a fee waiver. I have economic necessity for employment due to health condition, where I suffer heart failure, rheumatoid, non-stable blood pressure and major depression disorder. I am living on food stamps and I am waiting for social security to assist me.

I am aware of the charges that Wendy's can be facing for defamation, racism and discrimination, and I know that they have to take full responsibility for their actions. How come I went to buy at the place and they call police for me. I believe that wendy's is a company of good character that made a mistake, and that they are committed to making amends and becoming a better company to respect each customer.

I believe that Wendy's company will learn from their mistake and is committed to making things right. I am confident that they can become a positive member of society and make a valuable contribution to their community, not to judge by color or look. Thank you for considering my letter, and I am available to answer any questions or provide further information if needed.

Sincerely,

Jude Bouquet