

Jude Bouquet

Case number 0; 24-cv-60271-WPD

Dear Honorable Judge William P. Dimitrouleas

Your honor, it is great enthusiasm that I am writing this letter regarding my case that has closed due to the waiver I asked. I would appreciate it if you set up with me a payment plan, where I can pay a minimum that I can afford. I want my case to be seeing in order for the company respect human life.

Please accept my letter in order to reconsider my case. I hope you will understand my depression and embarrassing that I feel since that happened to me at the wendy's.

If you have any questions, you can contact me at any time.

Sincerely

Jude Bouquet

4960 SW 12 St

Margate FL 33068